DONALD A. TOUSSAU, APPELLANT, v. PHIL CUMMINGS AND CHARLES R. LaFRANCE, AS CO-ADMINISTRATORS OF THE ESTATE OF ANTHONY GILBERT VIRANT, DECEASED, RESPONDENTS.

No. 6767

November 16, 1972          502 P.2d 986

*L. Earl Hawley,* of Las Vegas, for Appellant.

*Ralph L. Denton,* of Las Vegas, for Respondents.

## OPINION

*Per Curiam:*

This is an appeal from a judgment entered pursuant to NRCP 41(b), granting involuntary dismissal of plaintiff-appellant's case after a trial to the court. Even in the most favorable light, we deem the evidence insufficient to warrant

recovery under any theory tendered by plaintiff-appellant, and the judgment is therefore affirmed.